[No. 10515–6–III.   Division Three.   December 11, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD A.
PIDCOCK, *Appellant.*

Appeal from a judgment of the Superior Court for

Franklin County, No. 89–8–50195–8, Carolyn A. Brown, J., entered December 19, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.